Argued and submitted May 29, affirmed October 12, 1981

GLASPEY,
*Respondent,*
*v.*
MATTSON,
*Defendant,*
and
STATE ACCIDENT INSURANCE FUND,
*Appellant.*

(No. 288-784, CA 19230)

634 P2d 787

Darrell E. Bewley, Appellate Counsel, State Accident Insurance Fund, Salem, argued the cause for appellant. With him on the brief were K. R. Maloney, General Counsel, and James A. Blevins, Chief Trial Counsel, State Accident Insurance Fund, Salem.

Dave Frohnmayer, Attorney General, William F. Gary, Solicitor General, and Al J. Laue, Assistant Attorney General, Salem, filed the brief for respondent.

Before Gillette, Presiding Judge, and Roberts and Young, Judges.

PER CURIAM.

 *See Satterfield v. Satterfield,* 54 Or App 184, 634 P2d 787 (1981).

Gillette, P. J., specially concurring.

**GILLETTE, P. J.,** specially concurring.

I agree that our decision in this case is controlled by *Satterfield.* But for *Satterfield,* I would reverse this case for the reasons set forth in my dissenting opinion in that case.

Young, J., joins in this specially concurring opinion.